MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK, et al., Appellants, *v.* MERCHANTS NATIONAL BANK OF THE CITY OF BUFFALO, Respondent.

(Argued March 20, 1930; decided May 6, 1930.)

592

*Henry Root Stern, George L. Trumbull* and *Joseph F. Hunter* for appellants.

*Daniel J. Kenefick, James McCormick Mitchell* and *Fritz Fernow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.